PROB 34
(1/92)

Report and Order Terminating Probation/
Supervised Release

## United States District Court
### FOR THE
### DISTRICT OF HAWAII

FILED IN THE
UNITED STATES DISTRICT COURT
DISTRICT OF HAWAII

MAY 3 0 2007

at 4 o'clock and 40 min P M
SUE BEITIA, CLERK

UNITED STATES OF AMERICA

v.                                                                     Criminal No. CR 03-00080SOM-01

GAVIN H. TAKAESU

It appearing that the above named has complied with the conditions of supervised release imposed by the Order of the Court heretofore made and entered in this case and that the period of supervised release expired on 5/26/07, I therefore recommend that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Respectfully submitted,

*(signature)*
FITUINA F. TUA
Senior U.S. Probation Officer

### ORDER OF THE COURT

Pursuant to the above report, it is ordered that the defendant be discharged from supervised release and that the proceedings in the case be terminated.

Dated this 29th day of May, 2007.

*(signature)*
SUSAN OKI MOLLWAY
U.S. District Judge